UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT ~~GREEN~~ County

Jessica N. Marshall                     )

_____                 )

_____                 )

(Enter above the NAME of the             )
  plaintiff in this action.)             )

            v.                           )

Officer Silas                            )

Officer Pelekakis                        )

Sullivan co. Sherrif Office              )
(Enter above the NAME of each
  defendant in this action.)             )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.    PREVIOUS LAWSUITS

      A.    Have you begun other lawsuits in state or federal court dealing with the same facts
            involved in this action or otherwise relating to your imprisonment? YES ( ) NO (x)

      B.    If your answer to A is YES, describe the lawsuit in the space below. (If there is more
            than one lawsuit, describe the additional lawsuits on another piece of paper, using the
            same outline.)

            1.    Parties to the previous lawsuit:

                  Plaintiffs: _____ N/A _____

                  _____

                  Defendants: _____ N/A _____

                  _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____N/A_____

3. DOCKET NUMBER: _____N/A_____

4. Name of Judge to whom case was assigned: ___N/A_____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

6. Approximate date of filing lawsuit: ___N/A_____

7. Approximate date of disposition: _____N/A_____

II. PLACE OF PRESENT CONFINEMENT: Sullivan County Jail_____

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? Sent out grievance, Spoke with Several Officers, Spoke with Internal Affairs Family Spoke with D.A. Barry Stabus, + the mayor

2. What was the result? _____

No action taken as of now. 3/30/23

D. If your answer to B is NO, explain why not. _____

_____N/A_____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✗) NO ( )

F. If your answer is YES,

1. What steps did you take? ___Gathering documents___ Of grievences, medical request

2

2. What was the result? Still awaiting response from Sullivan County Jail

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Jessica n Marshall

Present address: Po Box 610 Blountville TN 37617

Permanent home address: 1066 Roberson St Apt 184 Kingsport, Tn 37660

Address of nearest relative: Same

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Officer Silas

Official position: Sullivan Co Police Officer

Place of employment: S.C.S.O

C. Additional defendants: Office Pelekakis

Sullivan Co Sherrif's Office

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Jan 29, 2023 I was pulled over by

3

Officer Silas he said I had a warrent I did take off running and I got tacked by Officer Petervans he had me handcuffed already then Officer Silas came up both of them was calling me Stupied bitches I thought Officer Silas fell on me, But I later found out he Kicked me, while face down with cuff's on, I was pulled up to my feet & was at the back of the cop car when I was about to get in Officer Silas did have me by my Arm, I used Colarbone to get my hair out of my mouth, He said I tried to bite him, Not true at all you can put your hands behind your back Rt now and have someone put their hand on your arm you cont get anywhere near your arm with your mouth, He hit me with his fist as hard as he could I had a big black eye, I have had to be taken to Eye dr & Still going I have nerve damage & no vision, torn Cornea, My eye It dont Shut and open anymore like it Should, when I came to Jail the

4

Officer Pelekakis even told the officer that was working in booking that Same Story, but then when IA got involved it was a whole new Story. I was Charged with Assault Resisting Arrest & evading Arrest. I had Told East as my lawyer he had me to plea no Contest on these Charges b/c of my past record & told me I was getting 10 Rocks which did not happen I'm doing a 5 year Sentance now over violation over these Charges, And now waiting for probion Still with No vision nerve damges all the things I Said was wrong with my eye iD Still going On, And he Still running around doing whatever while I Still Sit & Suffer from this. To be honest here I'm even having a hard time here getting the Address to get this sent to, I've asked all kinds of people for it, And I was just told for Anyone to get any of the grievances

And medical I would haft
to get it thrugh the court.
I need help. And someone to
have my back even thugh Im
an inmate Im still a
person, I feel nobody wants to
help me b/c I am an inmate
and this is on an officer,
that has Im pretty sure had
a reccord hitting inmates and
gets by with it, I feel they
are putting this on back humen
I did what they wanted put me
In prison, say forget me and
what happend, My own lawyer
Said + had me plea no contest
b/c she said Id never win a
Case like this with my record,
The police said I haft to pay
yall 300.00 to 700.00 to
even help me, can I please
get A break, And help please,

Thanks
Jimica Marshall

## V.    RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.

Cite NO cases or statutes.)

I want all involved to be accountable for their actions. I have suffered from the physical assault and feel because I am a inmate that the actions of all involved has been ignored, I want ton be reimbursted For Pain and Suffering.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _March_ day of _21_, 20_23_.

_Jenica Marshall_
Signature of plaintiff(s)

5